IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN ANDREW GUSTAFSON<br>a/k/a Willy Clock<br>a/k/a Jack Farrel | Criminal No. 15-73 |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Shardul Desai, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant RYAN ANDREW GUSTAFSON, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with Conspiracy, Conspiracy to Launder Money, Passing Counterfeit Currency, and Receiving Counterfeit Currency in violation of Title 18, United States Code, Sections 371, 1956(h), 472, and 473.

Recommended bond: Detention.

                                                Respectfully submitted,

                                                DAVID J. HICKTON
                                                United States Attorney

By: *Shardul Desai*
            SHARDUL DESAI
            Assistant U.S. Attorney
            DC Bar No. 990299